UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1334(DSD/JMM)

Nadia Michelle Ishak

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

John Francis Thurston, Individually and in his capacity as a police officer with the City of St. Louis Park, Minnesota; and the City of St. Louis Park,

Defendants.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: June 1, 2000

David S. Doty, Judge
U.S. District Court

FILED 6-1-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Case reassigned to Judge Paul A. Magnuson

Case referred to Magistrate Judge Jonathan G. Lebedoff

Case number remains the same except for initials (00-1334 PAM/JGL). Use this number on all future filings.