UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Nadia Michelle Ishak,

Plaintiff,

vs.

John Francis Thurston, Individually and in his capacity as a police officer with the City of St. Louis Park, Minnesota; and the City of St. Louis Park.

Defendants.

Court File: 00-1334 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that all claims by plaintiff in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without cost or disbursements to any parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: 8-24-00

FREDERICK J. GOETZ

By [signature]
Frederick J. Goetz, I.D. #185425
Attorneys for Plaintiff
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 874-1552

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD SEP 07 2000
DEPUTY CLERK

Dated: August 10, 2000

ERSTAD & RIEMER, P.A.

By ____________________
Jon K. Iverson, I.D. #146389
Attorneys for Defendant St. Louis Park
1000 Northland Plaza
3800 W. 80th Street
Minneapolis, Minnesota 55431
(952) 896-3700

Dated: Aug 14, 2000

GREENE ESPEL

By ____________________
Kevin G. Ross, I.D. #27916X
Attorneys for Defendant John Thurston
Suite 1700
333 South 7th Street
Minneapolis, MN 55042
(612) 373-0830

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 7th day of September, 2000.

BY THE COURT:

Judge of U.S. District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE ______________________, one of the Judges of this Court, this ___ day of ______________, 2000.

BY THE COURT:

______________________

Clerk of U.S. District Court